IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| LARRY D. WILSON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-TMP-1654-NW |
| LARRY MACK SMITH and THE STATE OF ALABAMA, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 21, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed, pursuant to 28 U.S.C. § 1915A(b)(2), for seeking monetary relief against defendants who are immune from such relief. The plaintiff filed objections to the report and recommendation on October 24, 2002.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed, pursuant to 28 U.S.C. § 1915A(b)(2), for seeking monetary relief against defendants who are immune from such relief. A Final Judgment will be entered.

DATED this 6th day of December, 2002.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE